IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RAY EVANS                                                          PETITIONER

v.                              CASE NO. 2:20-CV-2097

DUANE KEES,
U.S. Attorney, Western District                                         RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 4) from United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court deny the petition for a writ of mandamus against Duane Keys.  The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of mandamus (Doc. 1) is DENIED, petitioner's motion for leave to proceed in forma pauperis is DENIED, and the petition is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this August 3, 2020.

/s/ P. K. Holmes III

P.K. HOLMES III
U.S. DISTRICT JUDGE