IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RAY EVANS                                                     PETITIONER

v.                       CASE NO. 2:20-CV-2097

DUANE KEES,
U.S. Attorney, Western District                                  RESPONDENT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this August 3, 2020.

*/s/ P. K. Holmes* III
P.K. HOLMES III
U.S. DISTRICT JUDGE